JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN CARTER,<br><br>    Plaintiff(s),<br><br>vs.<br><br>MICHAEL FIORE, et al.,<br><br>    Defendant(s). | Case No. 2:19-cv-02176-RGK-AGR<br><br>ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |

On July 8, 2019, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution (OSC). On July 11, 2019 plaintiff filed a declaration in response to the OSC. After a review of the response, the Court does not find good cause for the lack of prosecution and orders the matter dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: July 24, 2019

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE